# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY ROSHON ROBERTS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-10-1392-M |
| ) | |
| ROBIN ROOF, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 7, 2011, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that plaintiff's Motion for Order for Injunctive Relief, Motion Requesting the Order of a Temporary Restraining Order, Motion Requesting Court to Grant His Temporary Restraining Order and His Preliminary Injunction, and Motion for Assistance from this Honorable Court be denied. Plaintiff was advised of his right to object to the Report and Recommendation by April 27, 2011. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 7, 2011, and

(2) DENIES plaintiff's Motion for Order for Injunctive Relief [docket no. 20], plaintiff's Motion Requesting the Order of a Temporary Restraining Order [docket no. 22], plaintiff's Motion Requesting Court to Grant His Temporary Restraining Order and His Preliminary Injunction [docket no. 25], and plaintiff's Motion for Assistance from this Honorable Court [docket no. 29].

**IT IS SO ORDERED this 3rd day of May, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE