# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY ROSHON ROBERTS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-10-1392-M |
| | ) |
| ROBIN ROOF, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 1, 2011, United States Magistrate Judge Gary M. Purcell issued a Second Supplemental Report and Recommendation in this case. The Magistrate Judge recommends that plaintiff's Motion for Rehearing be denied. Plaintiff was advised of his right to object to the Second Supplemental Report and Recommendation by June 21, 2011. On June 16, 2011, plaintiff filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Second Supplemental Report and Recommendation issued by the Magistrate Judge on June 1, 2011, and

(2) DENIES plaintiff's Motion for Rehearing [docket no. 54].

**IT IS SO ORDERED this 1st day of July, 2011.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE