IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY ROSHON ROBERTS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-10-1392-M |
| ) | |
| ROBIN ROOF, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 22, 2011, United States Magistrate Judge Gary M. Purcell issued a Third Supplemental Report and Recommendation in this case. The Magistrate Judge recommended that plaintiff's cause of action against defendant Thompson be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff was advised of his right to object to the Third Supplemental Report and Recommendation by August 11, 2011. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Third Supplemental Report and Recommendation issued by the Magistrate Judge on July 22, 2011, and

(2) DISMISSES plaintiff's cause of action against defendant Thompson without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

This Order effectively terminates this action in this Court.

**IT IS SO ORDERED this 26th day of August, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE